# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                  )

MARIO SIMBQUEBA BONILLA,     )

                                  )

                Plaintiff,      )

    v.                           )      Civil Action No. 12-1274 (JDB)

                                  )

UNITED STATES SECRET SERVICE,   )

                                  )

                Defendant.     )

_____)

## MEMORANDUM OPINION

This matter is before the Court on the Defendant's Motion for Summary Judgment [ECF No. 31]. The Court advised the plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion, and specifically warned plaintiff that, if he did not respond to the motion by January 10, 2014, the Court may treat the motion as conceded. To date, the plaintiff neither has filed an opposition to the motion nor requested more time to do so. Accordingly, the Court will grant the defendant's motion as conceded and will dismiss this action.

An Order accompanies this Memorandum Opinion.


DATE:  January 27, 2014           /s/
                                      JOHN D. BATES
                                      United States District Judge